UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

THELETHIA MAHONE,

    Plaintiff,

                              Case Number 4:14-cv-93(CDL)

vs.

KENNETH B. WALKER RESIDENTIAL
HOME, INC. & TIMOTHY A. CRUMBLEY,

    Defendants.
_____/

## Joint Stipulation of Dismissal

The parties pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., stipulate to dismissal. Each party shall bear their own fees and costs.

Respectfully submitted on this 1st day of October 2014,

| | |
|---|---|
| /s/ *Paul M. Hoffman* | /s/ *Bernard R. Mazaheri* |
| Paul M. Hoffman | Bernard R. Mazaheri |
| Georgia Bar No.: 359775 | Florida Bar No.: 643971 |
| hoffmapm@demminglaw.com | BMazaheri@forthepeople.com |
| Demming, Parker, Hoffman, | Morgan & Morgan |
| Campbell & Daly, LLC | 20 N Orange Ave Ste 1600 |
| 4851 Jimmy Carter Blvd. | Orlando, FL 32801 |
| Atlanta, GA 30093 | Ph: 407-420-1414 |
| Ph: 678-924-4404 | |
| | Jerilyn E. Gardner |
| Counsel for Defendant | Georgia Bar Number 139779 |
| | Fried & Bonder, LLC |
| | 1170 Howell Mill Rd NW Ste 305 |
| | Atlanta, GA 30318 |
| | |
| | Counsel for Plaintiff |